UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE ALEJANDRO,<br><br>          Plaintiff,<br><br>     v.<br><br>ST MICRO ELECTRONICS, INC,<br><br>          Defendant. | Case No.15-cv-01385-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Mark Hostetter
Defendant's Attorney: Paul Sweeney

     An initial case management conference was held on July 29, 2015.  A further case management conference is set for November 4, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by October 28, 2015.

     The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: October 30, 2015

DEADLINE TO COMPLETE PRIVATE MEDIATION: October 15, 2015

FACT DISCOVERY CUTOFF: February 15, 2016

EXPERT DISCOVERY:
    Opening Reports: February 16, 2016
    Rebuttal Reports: March 1, 2016
    Close of Expert Discovery: March 15, 2016

1

Case No. 15-cv-01385-LHK
CASE MANAGEMENT ORDER

DISPOSITIVE MOTIONS shall be filed by March 3, 2016, and set for hearing no later than April 14, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: June 23, 2016, at 1:30 p.m.

JURY TRIAL: July 1, 5, 8, 11, & 12, 2016, at 9:00 a.m.  Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: July 29, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 15-cv-01385-LHK
CASE MANAGEMENT ORDER