United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE ALEJANDRO,<br><br>              Plaintiff,<br><br>        v.<br><br>ST MICRO ELECTRONICS, INC,<br><br>              Defendant. | Case No.15-CV-01385-LHK<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 14. |

Pursuant to Civil Local Rule 7-1(b), the Court finds Defendant STMicroelectronics, Inc.'s

motion to dismiss, ECF No. 14, suitable for disposition without oral argument and VACATES the

hearing set for September 10, 2015.

**IT IS SO ORDERED.**

Dated: September 9, 2015

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

1

Case No.15-CV-01385-LHK
ORDER VACATING HEARING ON MOTION TO DISMISS