UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE ALEJANDRO,<br><br>        Plaintiff,<br><br>    v.<br><br>ST MICRO ELECTRONICS, INC,<br><br>        Defendant. | Case No. 15-CV-01385-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference currently set for March 2, 2016 is hereby CONTINUED to April 14, 2016 at 1:30 p.m., concurrent with the hearing on dispositive motions.

By Monday, February 29, 2016, the parties shall file a joint statement indicating whether the parties would like to participate in another private mediation or Magistrate Judge settlement conference before April 14, 2016.

**IT IS SO ORDERED.**

Dated: February 25, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 15-CV-01385-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE