MARK W. HOSTETTER (CA Bar No. 223264)
181 Devine Street
San Jose, CA 95110
Telephone: (408) 375-8545
Facsimile:  (408) 287-9901
mwhLegal@gmail.com

Attorney for Plaintiff JESSE ALEJANDRO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JESSE ALEJANDRO,<br><br>    Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS, INC., a Delaware corporation,<br>and DOES ONE through TEN, inclusive,<br><br>    Defendants. | Case No.  C 15-01385 LHK<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL OF RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>[Re Opposition to Motion for Summary Judgment] |

TO THE COURT AND DEFENDANT AND ITS COUNSEL:

Please take notice that, pursuant to Local Civil Rule 7-7(e), Plaintiff Jesse Alejandro hereby withdraws without prejudice his Renewed Administrative Motion to File Under Seal (Doc. No. 62) filed on April 15, 2016, in the above-captioned matter.  Defendant has not yet opposed the motion, and the Court has not yet acted on it.

Dated: May 9, 2016

                                                    /s/
                                          Mark W. Hostetter
                                          Attorney for Plaintiff